STATE v. ELLIS

No. 598P90

Case below: 100 N.C.App. 601

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.

STATE v. ELLIS

No. 615P90

Case below: 100 N.C.App. 591

Petition by the Attorney General for writ of certiorari to the North Carolina Court of Appeals denied 7 February 1991.

STATE v. HOLMES

No. 24P91

Case below: 98 N.C.App. 515

Petition by the Attorney General for temporary stay allowed 28 January 1991 pending consideration and disposition of the petition for writ of certiorari. Petition by the Attorney General for writ of supersedeas allowed 7 February 1991. Petition by the Attorney General for writ of certiorari to the North Carolina Court of Appeals allowed 7 February 1991.

STATE v. MARSHALL

No. 584P90

Case below: 92 N.C.App. 398

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 February 1991.

STATE v. NORMAN

No. 609P90

Case below: 100 N.C.App. 660

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 February 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1991.